## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

**United States of America,**

      *Plaintiff,*

**v.**

      Case No. 3:05-cr-068
      Judge Thomas M. Rose

**David C. Letner,**

      *Defendant.*

---

**DECISION AND ENTRY ADOPTING REPORT AND RECOMMENDATIONS, (ECF 121), OVERRULING PETITIONER'S OBJECTIONS TO MAGISTRATE'S REPORT AND RECOMMENDATIONS, (ECF 122), DENYING MOTION TO REDUCE SENTENCE. (ECF 120). THE INSTANT CASE REMAINS TERMINATED.**

---

Pending before the Court are the Report and Recommendations of Magistrate Judge Michael M. Merz. (ECF 121). The Report and Recommendations would have the Court deny Defendant's Motion to Reduce Sentence. (ECF 120) Defendant has objected to the Report and Recommendations. (ECF 122).

As required by 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72(b), the Court has made a *de novo* review of the record in this case, taking into consideration Defendant's objections. Upon said review, the Court finds that Defendant's objection, (ECF 122), to Report and Recommendations, (ECF. 121), are not well taken and they are hereby **OVERRULED**. Wherefore, the Court **ADOPTS IN FULL** the Magistrate Judge's Report and Recommendations. (ECF 121). The Motion to Reduce Sentence, (ECF 120), is hereby **DENIED**. The case remains **CLOSED**.

**DONE** and **ORDERED** this Monday, April 29, 2019.

                                                  s/Thomas M. Rose
                                      _____
                                                THOMAS M. ROSE
                                    UNITED STATES DISTRICT JUDGE