UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : Case No. 3:05-cr-068 (1) |
| v. | : Judge Thomas M. Rose |
| DAVID C. LETNER, | : |
| Defendant. | : |

**ENTRY AND ORDER DENYING DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE (ECF 126) WITHOUT PREJUDICE TO REFILING.**

This matter is before the Court upon motion of the defendant for a reduction in sentence pursuant to 18 U.S.C.§3582(c)(1)(A), (ECF 126), to which the government's time to respond has expired. Petitioner David C. Letner informs the Court that he has contracted Gillian-Barre Syndrome. The Court notes that those who contract Covid-19 are at risk of contracting Gillian-Barre Syndrome, *see* https://www.ncbi.nlm.nih.gov/pmc/articles/PMC7158817/, but is not aware of the converse—that having it is a risk factor for Covid-19. *See* https://www.gbs-cidp.org/a-statement-from-the-gbscidp-foundation-regarding-the-covid-19/.

After considering the applicable factors set forth in 18 U.S.C.§3553(a) and the applicable policy statements issued by the Sentencing Commission to the extent they are relevant to whether a reduction is warranted, it is hereby **ORDERED** that the motion is **DENIED** after complete review of the motion on its merits.

**DONE** and **ORDERED** in Dayton, Ohio, this Thursday, November 19, 2020.

                                                s/Thomas M. Rose

                                            THOMAS M. ROSE
                                UNITED STATES DISTRICT JUDGE